IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PERRY BEENEY, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) C.A. No.: 22-00518-TMH |
| FCA US LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## ORDER

At Wilmington, this 20th day of October 2023:

For the reasons set forth in the Memorandum Opinion issued this date, IT IS HEREBY ORDERED that FCA's Motion to Dismiss Plaintiffs' First Amended Class Action Complaint (D.I. 21) is granted.

/s/ Todd M. Hughes
The Honorable Todd M. Hughes
United States Circuit Judge, sitting by designation