UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 24-2519
_____

PERRY BEENEY; WENDY BEENEY; NATHAN BENEFIELD;
TREVOR COLE; ROBERT COLLINGWOOD; GARY DUTKOWSKI;
BILLEY E. ROWLES, JR.; DARELL UPSHAW; JOHN BUCALO;
JEFF VANCE; DANIEL CHILDS; SCOTT COOK,
on behalf of themselves and all others similarly situated,
Appellants

v.

FCA US LLC; STELLANTIS N.V.
_____

On Appeal from the United States District Court
For the District of Delaware
(District Court No. 1:22-cv-00518)
Circuit Judge: Honorable Todd M. Hughes[*]
_____

Submitted Pursuant to Third Circuit L.A.R. 34.1(a) on May 20, 2025
_____

Before: PHIPPS, CHUNG, and ROTH, Circuit Judges
_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the District of Delaware and was submitted on May 20, 2025, pursuant to Third Circuit L.A.R. 34.1(a).

On consideration whereof, it is now hereby ORDERED AND ADJUDGED by this Court that the order of the District Court entered on July 17, 2024 is hereby AFFIRMED.

---

[*]   Honorable Todd M. Hughes, Circuit Judge of the United States Court of Appeals for the Federal Circuit, sitting by designation pursuant to 28 U.S.C. § 291(b).

Costs will be taxed against Appellants. All of the above in accordance with the opinion of this Court.

ATTEST:

s/Patricia S. Dodszuweit
Clerk

DATE: September 5, 2025

Costs taxed in favor of Appellee FCA US LLC as follows:

Brief ........................... $67.46

Total ........................... $67.46

Certified as a true copy and issued in lieu of a formal mandate on September 29, 2025

Teste: 
**Clerk, U.S. Court of Appeals for the Third Circuit**